# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUONG NGUYEN, | NO. SA CV 09-0495 DDP (FMO) |
|         Petitioner, | |
|     v. | **JUDGMENT** |
| DEBRA HENDON, Warden, | |
|         Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 9, 2009.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE